UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
LOVANDER D. LIDE, Individually and   :
as Mother and Natural Guardian of      :
Daquan Brown,                              :
                                                 :        **ORDER**
                      Plaintiffs,       :
                                     :        05 Civ. 3790 (SAS)(THK)
     - against -                        :
                                     :
ABBOTT HOUSE, et al.,              :
                                   :
                      Defendants.   :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        **THIS MATTER** having come before the Court on October 27, 2006,

        **IT IS HEREBY ORDERED** as follows:

        1. Defendant Abbott House shall comply with Magistrate Judge Katz's discovery orders pertaining to records that are in the custody of Abbott House by November 10, 2006.

        2. Defendants shall make Dennis Barry, Alan Blumenson, Denise Delancey and Anne Usatin available for plaintiff to depose on November 13, 14, and 15. The depositions shall be completed by November 15.

        3. Abbott House and the City of New York shall provide plaintiff with a list of all known prior lawsuits against Abbott House, individually and jointly with the City of New York, filed on or between January 1, 1999 and

December 31, 2004.

      4. All parties shall reconvene for a conference in front of the Court on November 20, 2006, at 4:30 pm.

      5. Discovery shall be completed by December 7, 2006.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            November 3, 2006

- Appearances -

**For Plaintiff:**

James B. LeBow, Esq.
350 Fifth Avenue, Suite 4710
New York, NY 10118
(212) 868-3311

**For Defendant Abbott House**

Stephen J. Donahue, Esq.
Hardin, Kundla, McKeon & Poletto
110 William Street
New York, NY 10038
(212) 571-0111

**For Defendant City of New York**

Gene Stith, Esq.
Matthew J. McCauley, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400
(212) 422-0202